O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RINGFREE USA CORP. and RINGFREE INTERNATIONAL CORP.<br><br>Plaintiffs,<br><br>vs.<br><br>RINGFREE COMPANY, LTD. and HYOUNG CHAN RHEE<br><br>Defendants. | Case No.  CV 06-7813 CAS<br><br>**JUDGMENT OF SPECIFIC PERFORMANCE AND ATTORNEYS' FEES AND COSTS** |

This case was tried to a jury on August 19-22, 26-28, 2008. On August 28, 2008, the jury found for plaintiffs, Ringfree USA Corporation and Ringfree International Corporation, on their breach of contract claim against defendants Ringfree Company, Limited and Hyoung Chan Rhee.  On October 21, 2008, the Court granted plaintiffs' motion to enter a decree of specific performance.  On January 12, 2009, the Court granted plaintiff's motion for attorneys' fees and costs in the amount of $940,378.32.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

That plaintiffs are entitled to a decree of specific performance of the parties' Memorandum of Agreement and Exclusive License Agreement against defendants Ringfree Company, Limited and Hyoung Chan Rhee.

/ / /

1  That plaintiffs are awarded attorneys' fees and costs, jointly and severally,
2  against defendants in the amount of $940,378.32.
3  IT IS SO ORDERED.

4

5  Dated: January 15, 2009                    _____*Christina A. Snyder*_____
                                              CHRISTINA A. SNYDER
6                                             UNITED STATES DISTRICT JUDGE